**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NICHOLAS MARTIN, | ) | |
| | ) | 08 C 6181 |
| Plaintiff, | ) | |
| | ) | Judge Darrah |
| v. | ) | |
| | ) | Magistrate Judge Valdez |
| WELTMAN, WEINBERG & | ) | |
| REIS, CO., L.P.A. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL**

NOW COMES Plaintiff Nicholas Martin by and through his counsel, Warner Law

Firm, LLC, by Curtis C. Warner, and pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) dismisses this

matter with prejudice.

Respectfully submitted,

s/ Curtis C. Warner

Curtis C. Warner
WARNER LAW FIRM, LLC
Millennium Park Plaza
155 N. Michigan Ave. Ste. 737
Chicago, Illinois 60601

## CERTIFICATE OF SERVICE

I, Curtis C. Warner, certify that on February 13, 2009, I caused to be filed the Notice of

Dismissal electronically using the Court's CM/ECF system, which will automatically send notice to

those parties who have appeared and are so registered and sent the same via e-mail to:

Eileen M. Bitterman
Partner, Compliance Department
Weltman, Weinberg & Reis Co., L.P.A.
965 Keynote Circle
Brooklyn Heights, OH  44131
ebitterman@weltman.com

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner     cwarner@warnerlawllc.com
WARNER LAW FIRM, LLC
Millennium Park Plaza
155 N. Michigan Ave. Ste. 737
Chicago, Illinois 60601
(312) 238-9820 (TEL)