UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.2**
Eastern Division

Nicholas Martin
                                         Plaintiff,
v.                                       Case No.: 1:08−cv−06181
                                         Honorable John W. Darrah
Weltman, Weinberg & Reis, Co., L.P.A.
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 17, 2009:

MINUTE entry before the Honorable John W. Darrah: Plaintiffs having filed a notice of voluntary dismissal, this case is dismissed with prejudice. Civil case terminated. Status hearing set for 2/17/09 is vacated. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.